## Hart Unemployment Compensation Case.

Argued December 11, 1969. *Lawrence Silver*, with him *Lipsitz & Nassau*, for claimant, appellant; *Sydney Reuben*, Assistant Attorney General, for Unemployment Compensation Board of Review, appellee; *Gerald D. Reilly*, with him *Joseph G. Armstrong, III*, and *Jonathan L. Alder*, and *Reilly, Johns & Zimmerman*, and *Reed, Smith, Shaw & McClay*, for intervening appellee.

Decision and order affirmed.